UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CHESTER L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 5:08-CV-081-C |
| MICHAEL J. ASTRUE, | ) | ECF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Chester L. Brooks, pursuant to 42 U.S.C. § 405(g), is appealing a decision of the Commissioner denying his applications for disability insurance benefits and supplemental security income. The United States Magistrate Judge entered a Report and Recommendation, and Plaintiff has filed his objections to such Report and Recommendation. The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.

It is, therefore, **ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is dismissed with prejudice.

The Clerk will furnish a copy hereof to any party appearing *pro se* and to each attorney of record by first class mail.

Dated March 16, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT